UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――

DOMINGO PASCUAL, on behalf of himself
and all others similarly situated,

                            Plaintiffs,

      v.

TLM RESEARCH LABS LLC,

                            Defendant.

**ORDER**

21 Civ. 5372 (ER)

RAMOS, D.J.

      On June 17, 2021, Domingo Pascual brought this action against TLM Research Labs LLC for violation of the Americans with Disabilities Act and related claims.  Doc. 1.  TLM Research Labs was served on July 8, 2021.  Doc. 5.  Its answer was therefore required to be filed by July 29, 2021.

      On October 14, 2021, counsel for TLM Research Labs entered an appearance.  Doc. 6.  However, to date defendant has neither answered nor otherwise responded to the complaint.  Pascual is therefore directed to submit a status report regarding the case by **December 23, 2021.**  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated: December 10, 2021
       New York, New York

                                                Edgardo Ramos, U.S.D.J.